| Case No. | SACV 19-01074-AG (ADSx) | Date | January 6, 2020 |
|---|---|---|---|
| Title | Jacob Marcus Haley v. City of Seal Beach et al | | |

| Present: The Honorable | ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the Defendants that this action has been resolved by a Joint Stipulation to Dismiss Case [14], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                    -     :    -

                                                        Initials of Deputy Clerk    mku